IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In re: | * | |
| JONATHAN KIMMETT | * | Case No. 17-22891 |
| JOAN KIMMETT, | | Chapter 7 |
| | * | |
| Debtors. | | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

MOTION BY TRUSTEE FOR EXTENSION OF DEADLINE
TO FILE COMPLAINTS OBJECTING TO DEBTOR'S EXEMPTIONS

Monique D. Almy, Chapter 7 Trustee (the "Trustee") moves to extend the deadline for objecting to Jonathan Kimmettt's and Joan Kimmett ("Debtors") exemptions, and in support states as follows:

1. On September 27, 21017, Debtors filed for relief under Chapter 7 of the Bankruptcy Code.

2. Trustee was appointed trustee in the bankruptcy case. She has accepted that appointment and has qualified as she is covered by a blanket trustee's bankruptcy bond, Blanket Trustee's bond No. 8215-38-68.

3. By notice dated September 27, 2017, Debtors' Section 341 First Meeting of Creditors was scheduled for and held on November 6, 2017.

4. The Trustee moves for an additional ninety (90) day extension of the deadline to file a complaint objecting to Debtors' exemptions as Trustee is still awaiting further information from the Debtors and their counsel.

WHEREFORE, for the foregoing reasons, the Trustee moves to extend the deadline to file a complaint objecting to Debtors' exemptions from December 6, 2017 to March 5, 2018,

42945202.1

or 90 days after the date of this Order, whichever is later, and for such other and further relief as this Court deems fair and just.

       /S/ Monique D. Almy_____
Monique D. Almy, Federal Bar No. 04479
Crowell & Moring
1001 Pennsylvania Ave, N.W., 10th Floor
Washington, DC  20004
(202) 508-8749
Chapter 7 Trustee

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 5th day of December, 2017 a copy of the foregoing Motion by Trustee for Extension Of Deadline To File Complaints Objecting To Debtors' Exemptions was sent via first class, postage prepaid to:

Office of the U.S. Trustee
101 W. Lombard Street, Suite 2625
Baltimore, MD  21201

Kevin R. Hayes, Esquire
815 Ritchie Highway, Suite 216
Severna Park, MD  21146
*Counsel to Debtors*

Jonathan Kimmett
Joan Kimmett
1160 Saint Stephens Church Road
Crownsville, MD  21032

Kristine D. Brown, Esquire
William M. Savage, Esquire
Shapiro & Brown, LLP
10021 Balls Ford Road, Suite 200
Manassas, Virginia  20109

       /S/ Monique D. Almy_____
Monique D. Almy

2

42945202.1