# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re
`                                          *
JONATHAN KIMMETT                           *        Case No. 17-22891-RAG
JOAN KIMMETT                               *
       Debtors                           *        Chapter 7
                               *

*    *    *    *    *    *    *    *    *    *    *    *

## MOTION TO CONVERT CHAPTER 7 CASE
## TO A CASE UNDER CHAPTER 13

COMES NOW, the Debtors, Jonathan Kimmett and Joan Kimmett ("Debtors"), by and through their attorney, Kevin R. Hayes, and file this Motion requesting this Honorable Court to enter an Order converting this case under Chapter 7 to a case under Chapter 13, and for reasons state:

1. On September 27, 2017, the Debtors filed a Voluntary Petition under Chapter 7 of the Bankruptcy Code.
2. This case has not been previously converted under 11 U.S.C. § 1112, § 1208, or § 1307.

WHEREFORE, the Debtors move this Honorable Court for entry of an Order converting this case under Chapter 7 to Chapter 13 of the Bankruptcy Code.

DATE: December 14, 2017                    Respectfully Submitted,


                                      /s/Kevin R. Hayes
                                      Kevin R. Hayes, Esq.
                                      Federal Bar No. 17950
                                      The Law Office of Kevin R. Hayes, LLC
                                      815 Ritchie Highway
                                      Suite 216
                                      Severna Park, MD  21146
                                      410-544-0506 phone
                                      khayes@hayesbankruptcylaw.com
                                      Attorney for debtor/movant

## <u>CERTIFICATE OF MAILING</u>

I hereby certify that on this 14th day of December 2017, a copy of the foregoing Motion to Convert Chapter 7 Case to a Case Under Chapter 13 was sent by electronic filing notification by the Court's CM/ECF system on the following:

Monique D. Almy, Chapter 7 Trustee
malmytrustee@crowell.com, cbest@crowell.com, malmy@ecf.epiqsystems.com

Office of the United States Trustee