Entered: December 21st, 2017
Signed: December 21st, 2017

**SO ORDERED**



**ROBERT A. GORDON**
**U.S. BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| IN RE:<br>JONATHAN KIMMETT AND JOAN KIMMETT<br>    Debtors | BCN#: 17-22891<br><br>Chapter: 7 |

DEUTSCHE BANK NATIONAL TRUST
COMPANY, AS TRUSTEE FOR
AMERICAN HOME MORTGAGE ASSETS
TRUST 2007-4, MORTGAGE-BACKED
PASS-THROUGH CERTIFICATES SERIES
2007-4
and its assignees and/or
successors in interest,
    Movant/Secured Creditor,
v.
JONATHAN KIMMETT
AND
JOAN KIMMETT
    Debtors
and
Monique D. Almy, Crowell & Moring
    Trustee
    Respondents

ORDER LIFTING
AUTOMATIC STAY

THE COURT having considered the Motion of Deutsche Bank National Trust Company, as Trustee for American Home Mortgage Assets Trust 2007-4, Mortgage-Backed Pass-Through Certificates Series 2007-4 for Relief from the Automatic Stay of 11 U.S.C. § 362 (a), the lack of opposition thereto and the record herein;

IT IS ORDERED, that the automatic stay imposed by 11 U.S.C. §362(a) be lifted thirty (30) days after entry of this order, as to Deutsche Bank National Trust Company, as Trustee for American Home Mortgage Assets Trust 2007-4, Mortgage-Backed Pass-Through Certificates Series 2007-4, holder of a certain promissory note evidencing an indebtedness established by the lien of a deed of trust, so as to enable it to exercise its rights under state law as to a property with the address of 1160 Saint Stephens Church Road, Crownsville, MD 21032, and recorded among the Land Records of the County of Anne Arundel, Maryland in Book 19099 at Page 535. Subsequent to such sale, the Movant may take all lawful actions in accordance with state law, to take possession of the property, and shall provide a copy of the Report of Sale and all Audit Reports to the Bankruptcy Trustee if there is a surplus over and above the debt owed to the foreclosing noteholder.

I ask for this:

/s/ Renee Dyson
_____
William M. Savage, Esquire
Federal I.D. Bar No. 06335
Kristine D. Brown, Esquire
Federal I.D. Bar No. 14961
Thomas J. Gartner, Esquire
Federal I.D. Bar No. 18808
Gregory N. Britto, Esquire
Federal I.D. Bar No. 22531
Philip S. Shriver, Esquire
Federal I.D. Bar No. 20037
Renee Dyson, Esquire
Federal I.D. Bar No. 15955


Seen, agreed:

/s/ Kevin Richard Hayes
_____
Kevin Richard Hayes, Counsel for Debtor


I HEREBY CERTIFY that the terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order; and the signatures

represented by the /s/___Renee Dyson___ on the copy of the consent order submitted to the Court reference the signatures of consenting parties obtained on the original consent order.

/s/ Renee Dyson

_____
William M. Savage, Esquire
Kristine D. Brown, Esquire
Thomas J. Gartner, Esquire
Federal I.D. Bar No. 18808
Gregory N. Britto, Esquire
Philip S. Shriver, Esquire
Renee Dyson, Esquire

Copies are to be sent to:

1. SHAPIRO & BROWN, LLP
   10021 BALLS FORD ROAD, SUITE 200
   MANASSAS, VA 20109

2. Jonathan Kimmett and Joan Kimmett
   1160 Saint Stephens Church Road                          Debtor(s)
   Crownsville, MD 21032

3. Monique D. Almy
   Crowell & Moring
   1001 Pennsylvania Avenue, N.W.
   10th Floor
   Washington, DC 20004-2595                                Trustee

4. KEVIN RICHARD HAYES
   THE LAW OFFICE OF KEVIN R HAYES, LLC
   815 RITCHIE HIGHWAY
   SUITE 216                                                Debtor's
   SEVERNA PARK, MD 21146                                   Attorney

17-270339

**END OF ORDER**