Entered: January 16th, 2018
Signed: January 16th, 2018

**SO ORDERED**



**ROBERT A. GORDON
U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **17−22891 − RAG**   Chapter: **13**

**Jonathan Kimmett and
Joan Kimmett**
Debtor

## ORDER DISMISSING CASE
## FOR FAILURE TO COMPLETE REQUIRED FILINGS
## AND NOTICE THAT AUTOMATIC STAY IS TERMINATED

By Order of the Court dated December 18, 2017 the Debtor(s) was/were admonished to file:

- ☑ Chapter 13 Plan
- ☑ Certificate of Mailing Plan to all creditors
- ☐ Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income
- ☐ Schedules A/B D E/F G H I J
- ☐ Statement of Financial Affairs
- ☐ Verification of Creditor Matrix
- ☐ Other:

The Debtor(s) has/have failed to comply with said instructions of the Court. It is, therefore, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that, pursuant to 11 U.S.C. § 105(a) and § 1307(c), the above−captioned case under Chapter 13 is dismissed; and it is further

ORDERED, that, to the extent the Trustee holds funds that would otherwise be returned to the Debtor(s), the Trustee shall first deduct and remit to the Clerk the amount of $0.00 for unpaid filing and administrative fees; and

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

cc:   Debtor
      Attorney for Debtor – Kevin Richard Hayes
      Case Trustee – Nancy Spencer Grigsby

**End of Order**

15x06 (rev. 12/01/2015) – mkrauss