# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Baltimore

In re:   Case No.: **17–22891 – RAG**   Chapter: **13**

**Jonathan Kimmett and**
**Joan Kimmett**
Debtor

## NOTICE OF DISMISSAL
## FOR FAILURE TO COMPLETE REQUIRED FILINGS – CHAPTER 13 PLAN

TO: All Creditors and Interested Parties

You are hereby notified that an Order Dismissing the above case was entered on 1/16/18.

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

Dated: 1/16/18

        Mark A. Neal, Clerk of Court
        by Deputy Clerk, Margaret Krauss
        410–962–7466

Form ntcdsm